Frank Birgel, assignee of Joseph LeDoux and Herman Mannel, appellee, v. William P. Roe, appellant. Gen. No. 39,521.

Opinion filed November 8, 1937.

Howard P. Roe, for appellant. Stobbs, Yates & Wiseman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.